John R. Barhoum, OSB No. 045150
Email: john.barhoum@chockbarhoum.com
Chock Barhoum LLP
121 SW Morrison St., Suite 415
Portland, OR 97204
Telephone: 503.223.3000

Attorneys for Amica Mutual Insurance Company

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### EUGENE DIVISION

| | |
|---|---|
| **GEORGE REGAS**, | Case No. 6:15-cv-01722-MC |
| Plaintiff, | |
| v. | **STIPULATED GENERAL JUDGMENT OF DISMISSAL** |
| **AMICA MUTUAL INSURANCE COMPANY**, | |
| Defendant. | |

The parties hereby move the Court and stipulate that this matter has been fully compromised and settled. Therefore, this case shall be dismissed with prejudice and without costs to the parties.

CHOCK BARHOUM LLP

_____
John R. Barhoum, OSB No. 045150
E-mail: john.barhoum@chockbarhoum.com
Attorneys for Defendant

THE CORSON & JOHNSON LAW FIRM

_____
Don Corson, OSB No, 851777
Email: dcorson@corsonjohnsonlaw.com
Attorneys for Plaintiff

Page 1     STIPULATED GENERAL JUDGMENT OF DISMISSAL